[No. 36234-8-I.   Division One.   August 25, 1997.]

WALL FINISHES, INC., *Appellant*, v. PIONEER DEVELOPMENT CORPORATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-03500-4, William L. Downing, J., entered

February 14, 1995. *Reversed* by unpublished opinion per Becker, J., concurred in by Baker, C.J., and Coleman, J.